USDC SCAN INDEX SHEET

















JAH   7/26/00   15:33

3:99-CR-00204   USA V. MADRIAGA

*142*

*CRJGMCOMI.*

**FILED**

JUL 2 5 2000

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.

FRANK MACIAS MADRIAGA (01)

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CRIMINAL CASE NO. 99CR0204-K

MICHAEL McCABE, APTD
DEFENDANT'S ATTORNEY

THE DEFENDANT

___ pleaded guilty to count(s) _____

_X_ was found guilty on count(s) _ONE and TWO of the 2nd Superseding_
    Indictment_ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which
involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT NUMBER |
|---|---|---|
| 21 USC 846 and 841(a)(1) | Conspiracy to Distribute Methamphetamine | 1 |
| 18 USC 1951(a) | Conspiracy to Interfere with Commerce by Threats or Violence | 2 |

The defendant is sentenced as provided in pages 2  through 4 of this
judgment.
    The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_X__ _Remaining counts/underlying indictments_____ (is/are) dismissed
    on the motion of the United States.

_X__ Pursuant to 18 USC 3003 the Court hereby imposes a penalty assessment
    in the amount of $_200.00___ which shall be due immediately.

_X__ The Court finds the defendant unable to pay a fine or costs.

It is further ordered that the defendant shall notify the United States
Attorney for this district within thirty days of any change of residence or
mailing address until all fines, restitution, costs and special assessments
imposed by this Judgment are fully paid.

ENTERED ON _7/26/00_

142

99CR0204

DEFENDANT: FRANK MACIAS MADRIAGA (01)                JUDGMENT - Page __2__ of __4__
CASE NUMBER: 99CR0204-K

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: __TWO HUNDRED FORTY (240) MONTHS AS TO COUNT 1, AND ONE HUNDRED TWELVE (112) MONTHS AS TO COUNT 2, CONSECUTIVELY.__

_____ The Court makes the following recommendations to the Bureau of Prisons:

_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district
        _____ at _____ on _____.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
        _____ on or before _____.


                                    __July 17, 2000_____
                                    DATE OF IMPOSITION OF SENTENCE



                                    _____
                                    HON. JUDITH N. KEEP
                                    UNITED STATES DISTRICT JUDGE


## RETURN

I have executed this Judgment as follows:

_____

_____

_____


Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.


                                    _____
                                    UNITED STATES MARSHAL

                                    BY _____
                                       DEPUTY MARSHAL


99CR0204

DEFENDANT: FRANK MACIAS MADRIAGA (01)          JUDGMENT - Page __3__ of __4__
CASE NUMBER: 99CR0204-K

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __FIVE (5) YEARS AS TO COUNT 1, AND THREE (3) YEARS AS TO COUNT 2, CONCURRENTLY.__

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

_____The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check if applicable.)

_X__The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have adopted by this court (set forth below).  The defendant shall comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distribute or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

99CR0204

DEFENDANT: FRANK MACIAS MADRIAGA (01)                    JUDGMENT - Page __4_ of __4_
CASE NUMBER: 99CR0204-K

## SPECIAL CONDITIONS OF SUPERVISION

__X__   The defendant shall report to the probation department as directed and
        follow the course of conduct as prescribed.

__X__   Not possess firearms, explosive devices, or other dangerous weapons.

__X__   Submit to a search of person, property, residence, abode or vehicle,
        at a reasonable time and in a reasonable manner, by the probation
        officer;

__X__   Provide complete disclosure of personal and business financial records
        to the probation officer as requested.

__X__   The defendant shall violate no laws, federal, state and local, minor
        traffic excepted.

__X__   Participate in a program of drug or alcohol abuse treatment including
        urinalysis testing and counseling as directed by the probation officer.

__X__   Not associate with known gang members, including Members of the Mexican
        Mafia.

99CR0204